FRANKLIN J. KINSLEY, Appellant, *v.* DOMINICK CARRAVETTA et al., Defendants, and ALEXANDER NICOLL et al., Respondents.

Argued January 22, 1937; decided March 9, 1937.

*Joseph C. Thomson, Allen B. Flouton* and *William Dike Reed* for appellant.

*Francis L. Driscoll* and *Lorenz J. Brosnan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.